

Marc I. Simon, Esquire*
Michelle Skalsky-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire
Matthew J. Zamites, Esquire
Brian F. George, Esquire+
Michael K. Simon, Esquire
Mary G. McCarthy, Esquire
Harry Gosnear, Esquire*
Joshua D. Baer, Esquire
Andrew Baron, Esquire
Bryan Arner, Esquire^
Daria Koscielniak, Esquire*
Michael Schlagnhaufer, Esquire*
William M. Rhodes, Esquire*
Daniel Ward, Esquire*
Jessalyn Gillum, Esquire

Grady Lowman, Esquire*
Ashley Oakey, Esquire
Jason Whalley, Esquire^
Ryan Flaherty, Esquire
Sam Reznik, Esquire
Erik Neiman, Esquire
Kevin Donovan, Esquire-
James Gundlach, Esquire~
Amanda Nese, Esquire
Greg Birney, Esquire
Frank Palecko, Esquire
Duncan Lloyd, Esquire
Gabriel Magee, Esquire*
Jillian Corbett, Esquire
Amal Bala, Esquire-

Please note our new address:

1818 Market Street | Suite 2000
Philadelphia, PA 19103
Tel: (215) 467-4666 | Fax: (267) 639-9006

*Licensed to practice in Pennsylvania and New Jersey
+Licensed to practice in Pennsylvania and Massachusetts
^Licensed to practice in Pennsylvania, New Jersey, and New York
~Licensed to practice in Pennsylvania and New York
- Licensed to practice in Massachusetts

marcsimon@gosimon.com
www.gosimon.com

April 9, 2025

Hon. Evelyn Padin
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Docket No.: 2:24-cv-09623-EP-MAH**

Your Honor,

    The undersigned represents the Plaintiff, Richard Kirby, in the above referenced matter. Kindly accept this correspondence as an update to the prosecution of this matter. As reflected on the docket, Plaintiff sought and obtained a default against the Defendant, Ms. Pettiway. In the meantime, the undersigned has contacted Ms. Pettiway's insurer. The insurer has received the filings to date along with medical records. They have assured the undersigned that they intend to assign counsel to the matter.

    The undersigned is prepared to address any concerns this Court may have regarding the entry of default against Ms. Pettiway or the prosecution of the case generally.

                                                 Very Truly Yours,

                                                 SIMON & SIMON, PC

                                                 /s/ Anthony J. Canale____
                                                 Anthony J. Canale, Esquire